UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STRIDER MOORE,<br><br>           Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>           Respondent. | No. CV 11-543-DSF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 22, 2011

                                                                                 HONORABLE DALE S. FISCHER<br>
                                                                                UNITED STATES DISTRICT JUDGE