# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

STRIDER MOORE,

        Petitioner,

v.

LINDA SANDERS, Warden,

        Respondent.

No. CV 11-543-DSF (PLA)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 22, 2011

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE